UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WONETAH EINFELDT,

                        Plaintiff,

        v.

STERLING INFOSYSTEMS, INC.,

                        Defendant.

No. 22-cv-10024 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       An initial status conference was previously scheduled in this matter for February 3, 2023 at 1:45 p.m.  Due to a scheduling conflict, the conference is hereby rescheduled for 2:45 p.m. on Thursday, February 2, 2023.  Call-In Number: (888) 363-4749; Access Code: 1015508#.

       Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    January 31, 2023
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge