

**Seyfarth Shaw LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
**T** (312) 460-5000
**F** (312) 460-7000

jdrury@seyfarth.com
T (312) 460-5623

www.seyfarth.com

February 1, 2023

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Wonetah Einfeldt v. Sterling Infosystems, Inc.*
      Case No. 1:22-cv-10024-RA (S.D.N.Y.)

Dear Judge Abrams:

This firm represents Defendant, Sterling Infosystems, Inc. ("Defendant") in the above-referenced matter. I was recently admitted Pro Hac Vice (ECF No. 31) and I am serving as lead counsel for Defendant.

This case was previously scheduled for an Initial Status Conference on February 3, 2023, at 1:45 p.m., but yesterday, due to a scheduling conflict, the Court entered an Order rescheduling the conference to Thursday, February 2, 2023, at 2:45 p.m.

I submit this letter motion to request that the February 2, 2023, Initial Status Conference be rescheduled to the following week. I will be traveling to Arizona on February 2, 2023, and will be unavailable during the rescheduled time.

I have conferred with Plaintiff's counsel, who consented to my request and provided alternative availability.  The parties have the following availability during the weeks of February 6 and February 13:

   Tuesday, February 7, 2023, any time after 3:30 p.m.

   Wednesday, February 8, 2023, any time after 1:00 p.m.

   Monday, February 13, 2023, any time.

   Wednesday, February 15, 2023, any time after 1:00 p.m.

   Thursday, February 16, 2023, any time before 1:00 p.m. or after 3:00 p.m.



Honorable Ronnie Abrams, USDJ<br>
February 1, 2023<br>
Page 2

There have been no prior requests to reschedule or postpone this conference and no other dates in this case will be affected by rescheduling this Initial Conference.

 Thank you in advance for your kind consideration.

          Respectfully submitted,

          SEYFARTH SHAW LLP

          */s/ John W. Drury*

          John W. Drury

JWD:nlb

cc: Counsel of Record (via ECF)

          The initial status conference previously scheduled for February 2, 2023 is hereby adjourned to February 13, 2023 at 2:00 p.m.  Call-In Number: (888) 363-4749; Access Code: 1015508#.

          SO ORDERED.

          _____
          Hon. Ronnie Abrams
          February 2, 2023